# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHA BUCK LARSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. ESCOBEDO,<br><br>　　　　Defendant. | Case No.  1:15-cv-01439-BAM-PC<br><br>ORDER GRANTING PLAINTIFF'S REQUEST TO EXTEND TIME TO FILE AN AMENDED COMPLAINT<br><br>(ECF NO.  14)<br><br>THIRTY DAY DEADLINE |

　　　Plaintiff Scha Buck Larson, a former state prisoner, is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On April 14, 2016, Plaintiff filed a request for an extension of time to file a response to the March 11, 2016, order screening Plaintiff's complaint and directing Plaintiff to either file an amended complaint, or a notice of intention to proceed on the claims found to be cognizable. Plaintiff explains that since his release from custody, he has had difficulty in finding a permanent address.  Plaintiff has provided the Court with an address of record, which is reflected on the docket.

　　　Good cause having been presented to the Court, Plaintiff is granted thirty days from the date of service of this order in which to either file an amended complaint or notify the Court of his intention to proceed only on the cognizable claims.

IT IS SO ORDERED.

　　Dated:   **April 18, 2016**　　　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1