# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHA BUCK LARSON,<br><br>             Plaintiff,<br><br>    v.<br><br>S. SMITH,<br><br>             Defendant. | Case No. 1:15-cv-01439-BAM-PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE AND FAILURE TO OBEY A COURT ORDER<br><br>(ECF NO. 12)<br><br>RESPONSE DUE IN FOURTEEN DAYS |

Plaintiff is a former state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (ECF No. 11.)

On March 11, 2016, an order was entered, screening the complaint and requiring Plaintiff to either file an amended complaint or notify the Court of his intention to proceed only on the claims found to be cognizable. (ECF No. 12.) On March 31, 2016, Plaintiff filed a Notice of Change of Address, indicating that he was in custody at the San Diego County Central Jail. (ECF No. 13.) On April 14, 2016, Plaintiff filed a response to the screening order. Plaintiff indicated that he had been taken into local custody, but would be released soon. The April 14, 2016, response indicated an address of George F. Bailey Detention Center in San Diego County. On April 19, 2016, the Court granted Plaintiff a thirty day extension of time in which to comply with the March 11, 2016, screening order. The thirty day period passed, and Plaintiff failed to file a response to the March 11, 2016, screening order.

A review of the docket indicated that the April 19, 2016, order was served on Plaintiff at

an address other than that noted on his March 31, 2016, Notice of Change of Address, and the address noted in his April 14, 2016, response.  Because the order granting Plaintiff an extension of time was not served on Plaintiff at his most recently indicated address, the Court granted Plaintiff a thirty day extension of time.   The June 1, 2016, order granting Plaintiff a further extension of time was served on Plaintiff at both the San Diego County Jail and the address noted on the March 31, 2016, Notice of Change of Address.  (ECF No. 16.)    The order was returned by the U.S. Postal Service as undeliverable, indicating that Plaintiff was no longer at either of the addresses.

Plaintiff is required to keep the Court apprised of his current address at all times, and Local Rule 183(b) provides, "If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-thee (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."  Federal Rule of Civil Procedure 41(b) also provides for dismissal of an action for failure to prosecute.  Hells Canyon Preservation Council v. U.S. Forest Serv., 403 F.3d 683, 689 (9th Cir. 2005) (citation omitted).  Plaintiff's address change was due August 19, 2016.  Plaintiff has not filed a Notice of Change of Address, or otherwise been in contact with the Court.

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall, within thirty days of the date of service of this order, show cause why this action should not be dismissed for Plaintiff's failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

Dated:   **August 31, 2016**                    /s/ *Barbara A. McAuliffe*
                                                                             UNITED STATES MAGISTRATE JUDGE