1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10
11

| | |
|---|---|
| SCHA BUCK LARSON,<br><br>          Plaintiff,<br><br>     v.<br><br>S. SMITH, et al.,<br><br>          Defendants. | Case No.  1:15-cv-01439-BAM-PC<br><br>ORDER DISMISSING THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY A COURT ORDER |

12
13
14
15
16
17

18    Plaintiff Scha Buck Larson is a former state prisoner proceeding pro se and in forma

19 pauperis pursuant to 42 U.S.C. § 1983.  On January 11, 2016, Plaintiff filed a consent to proceed

20 before a magistrate judge pursuant to 28 U.S.C. § 636(c). (ECF No. 11.)

21    On March 11, 2016, an order was entered, screening the complaint and requiring Plaintiff

22 to either file an amended complaint or notify the Court of his intention to proceed only on the

23 claims found to be cognizable.  (ECF No. 12.)  On March 31, 2016, Plaintiff filed a Notice of

24 Change of Address, indicating that he was in custody at the San Diego County Central Jail.

25 (ECF No. 13.)  On April 14, 2016, Plaintiff filed a response to the screening order.  Plaintiff

26 indicated that he had been taken into local custody, but would be released soon.  The April 14,

27 2016, response indicated an address of the George F. Bailey Detention Center in San Diego

28 County.  On April 19, 2016, the Court granted Plaintiff a thirty day extension of time in which to

1    comply with the March 11, 2016, screening order.  The thirty day period passed, and Plaintiff

2    failed to file a response to the March 11, 2016, screening order.

3         A review of the docket indicated that the April 19, 2016, order was served on Plaintiff at

4    an address other than that noted in his March 31, 2016, Notice of Change of Address, and the

5    address noted in his April 14, 2016, response.   Because the order granting Plaintiff an extension

6    of time was not served on Plaintiff at his most recently indicated address, the Court granted

7    Plaintiff a thirty day extension of time.  The June 1, 2016, order granting Plaintiff a further

8    extension of time was served on Plaintiff at both the San Diego County Jail and the address

9    noted on the March 31, 2016, Notice of Change of Address.  (ECF No. 16.) On June 13 and June

10   17, 2016, the orders were returned by the U.S. Postal Service as undeliverable, indicating that

11   Plaintiff was no longer at either of the addresses.  The sixty-three day period in which to notify

12   the Court of a current address pursuant to Local Rule 183(b) passed, and on September 1, 2016,

13   an order to show cause was entered, directing Plaintiff to show cause, within fourteen days, why

14   this action should not be dismissed for his failure to obey a court order and failure to prosecute.

15   (ECF No. 17.)   On September 12, 2016, the order was returned by the U.S. Postal Service as

16   undeliverable at the street address provided by Plaintiff.  Plaintiff has not filed a response to the

17   order to show cause.

18        The Court has the inherent power to control its docket and may, in the exercise of that

19   power, impose sanctions where appropriate, including dismissal of the action.  Bautista v. Los

20   Angeles Cnty., 216 F.3d 837, 841 (9th Cir. 2000).  In determining whether to dismiss an action,

21   the Court must weigh "(1) the public's interest in expeditious resolution of the litigation; (2) the

22   Court's need to manage its own docket; (3) the risk of prejudice to the defendants; (4) the public

23   policy favoring disposition of cases on their merits; and (5) the availability of less drastic

24   sanctions."  In re Phenylpropanolamine (PPA) Prod. Liab. Litig., 460 F.3d 1217, 1226 (9th Cir.

25   2006)(internal quotations and citations omitted).  These factors guide a court in deciding what to

26   do, and are not conditions that met be met in order for a court to take action.  Id. (citation

27   omitted).  Plaintiff has failed to respond to court orders and failed to keep the court informed of

28   his current location.

1

2          Based on Plaintiff's failure to comply with or otherwise respond to the Court's orders, IT

3   IS HEREBY ORDERED that:

4          1.   This action be dismissed for Plaintiff's failure to prosecute and to obey a court order;

5          2.   The Clerk's Office is directed to close this case.

6
7   IT IS SO ORDERED.

8     Dated:   **October 6, 2016**                      /s/ *Barbara A. McAuliffe*

9                                          UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28